# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6801 | **DATE** | 2/15/2008 |
| **CASE TITLE** | Reza Kheirkhahvash         Vs         Ruth A. Dorochoff | | |

**DOCKET ENTRY TEXT:**

This action is voluntarily dismissed with prejudice.

[Docketing to mail notice]

00:00

| | Courtroom Deputy | GDS |
|---|---|---|